UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ERIC JOSEY,

      Plaintiff,

v.                                           Case No.: 3:26-CV-00199-WWB-MCR

UNITED STATES OF AMERICA;
COMMISSIONER OF INTERNAL REVENUE,
in his official capacity; INTERNAL REVENUE
SERVICE,

      Defendants.
_____/

## NOTICE OF WAIVER OF SERVICE BY MAIL AND CONSENT TO ELECTRONIC SERVICE

    Plaintiff Eric Josey, appearing pro se, hereby files this Notice of Waiver of Service by Mail and states as follows:

1. Plaintiff has regular and reliable access to the United States Court's PACER System.
2. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and the Local Rules and Administrative Procedures governing electronic filing in this District, Plaintiff hereby consents to electronic service of all court orders, notices, and filings in this action through the CM/ECF system.
3. Plaintiff respectfully requests that the Clerk of Court and all parties serve documents electronically through CM/ECF rather than by U.S. Mail.
4. Plaintiff understands that electronic transmission through CM/ECF constitutes effective service under the Federal Rules of Civil Procedure.
5. Plaintiff further understands that it remains his responsibility to monitor the docket and maintain accurate contact information with the Court.

1

WHEREFORE, Plaintiff respectfully requests that all future filings, notices, and court documents be served electronically through CM/ECF.

Date: February 17, 2026

                                        Respectfully submitted,

                                        */s/ Eric Josey*

                                        Eric Josey
                                        Plaintiff, *Pro Se*
                                        [Street Address]
                                        Palm Coast, Florida [Zip Code]
                                        Telephone: [Phone Number]
                                        Email: [Email Address]

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2026, I filed the foregoing Notice of Waiver of Service by Mail and sent notice of electronic email to the following counsel for the defendants at:

GREGORY W. KEHOE
United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6358/6300
Facsimile No. (904) 301-6240
Email: gregory.kehoe@usdoj.gov
Attorney for Defendants

                                        */s/ Eric Josey*
                                        _____
                                        ERIC JOSEY