# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA   CASE NO: 3:26-CV-00199-WWB-MCR
Plaintiff / Petitioner: ERIC JOSEY
vs.
Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Feb 09, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET WITH INSTRUCTIONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, in a postage-paid sealed wrapped properly addressed to INTERNAL REVENUE SERVICE, ATTN: OFFICE OF CHIEF COUNSEL at 1111 CONSTITUTION AVENUE NORTHWEST, WASHINGTON, DC 20224, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 29)

Sworn to me on the 2/9/26

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Plaintiff / Petitioner: ERIC JOSEY

vs.

Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

CASE NO: 3:26-CV-00199-WWB-MCR

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Feb 09, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET WITH INSTRUCTIONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBITS in a postage-paid sealed wrapped properly addressed to UNITED STATES OF AMERICA, ATTN: UNITED STATES ATTORNEY'S OFFICE at 300 HOGAN STREET STE 700, JACKSONVILLE, FL 32202, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 12)

Sworn to me on the 2/9/26

Notary Public

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

---

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Plaintiff / Petitioner: ERIC JOSEY
vs.
Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

CASE NO: 3:26-CV-00199-WWB-MCR

---

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Thu, Feb 12, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBIT A; EXHIBIT B in a postage-paid sealed wrapped properly addressed to ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE at 950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 43)

---

Sworn to me on the __2/13/26__

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

NASIM DEHGHANI

---

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007