UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

        Plaintiff,

                              CASE NO.: 3:26-cv-199-WWB-MCR

v.

COMMISSIONER OF INTERNAL
REVENUE, *etc., et al.*,

        Defendants.
_____/

**NOTICE REGARDING PRIOR FILED PROOF OF SERVICE**

    Plaintiff ERIC JOSEY, respectfully files this Notice in compliance with Revised Local Rule 1.08(a), (b) *as amended*, in response to the Court's Order at Doc. No. 5, directing, *inter alia*, the Plaintiff to "perfect service of process on Defendants and to file proof of service or waiver thereof **on or before May 4, 2026**," and states the following:

    1.    Plaintiff respectfully notifies the Court that proof of service upon Defendants was in fact perfected and filed on February 17, 2026, at Doc. Entry No. 3, titled **"Notice (Other)."** See filed Affidavits attached hereto. This filing includes the perfected notarized affidavits reflecting service by certified mail in compliance with Federal Rule of Civil Procedure 4(i), upon:

- The United States Attorney for the Middle District of Florida.
- The Attorney General of the United States; and,
- The Internal Revenue Service, Office of Chief Counsel.

2.	Plaintiff submits this Notice solely to ensure the Court that process service has been perfected within the time prescribed by Rule 4(m).  Plaintiff stands ready to provide any additional clarification the Court may require.

Date: February 24, 2026.

                Respectfully submitted,

                */s/ Eric Josey*

                ERIC JOSEY
                250 Palm Coast Pkwy NE
                Suite 607, PMB 173
                Palm Coast, Florida 32137
                Phone: (917) 882-1330
                Email: premier.consulting173@aol.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of February 2026, I transmitted the foregoing NOTICE REGARDING PRIOR FILED PROOF OF SERVICE to the Clerk of Court for filing by overnight mail, and served a true and correct copy thereof by U.S. Mail upon the following counsel of record for Defendants:

**GREGORY W. KEHOE**
United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6358/6300
Facsimile No. (904) 301-6240
Email: gregory.kehoe@usdoj.gov
Attorney for Defendants

            */s/ Eric Josey*
      X _____
            ERIC JOSEY

2

# AFFIDAVIT OF SERVICE BY MAIL

---

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Plaintiff / Petitioner: ERIC JOSEY

vs.

Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

CASE NO: 3:26-CV-00199-WWB-MCR

---

I <u>NASIM DEHGHANI</u> being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on <u>Mon, Feb 09, 2026</u> deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET WITH INSTRUCTIONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, in a postage-paid sealed wrapped properly addressed to INTERNAL REVENUE SERVICE, ATTN: OFFICE OF CHIEF COUNSEL at 1111 CONSTITUTION AVENUE NORTHWEST, WASHINGTON, DC 20224, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 29)

---

Sworn to me on the 2/9/26

_____
NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA  
Plaintiff / Petitioner: ERIC JOSEY  
vs.  
Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

CASE NO: 3:26-CV-00199-WWB-MCR

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Feb 09, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET WITH INSTRUCTIONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBITS in a postage-paid sealed wrapped properly addressed to UNITED STATES OF AMERICA, ATTN: UNITED STATES ATTORNEY'S OFFICE at 300 HOGAN STREET STE 700, JACKSONVILLE, FL 32202, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"  
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 12)

Sworn to me on the 2/09/26

Notary Public

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA    CASE NO: 3:26-CV-00199-WWB-MCR
Plaintiff / Petitioner: ERIC JOSEY
vs.
Defendant / Respondent: COMMISSIONER OF INTERNAL REVENUE, ET AL

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Thu, Feb 12, 2026 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBIT A; EXHIBIT B in a postage-paid sealed wrapped properly addressed to ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE at 950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[X] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (9589 0710 5270 2005 7116 43)

Sworn to me on the    2/13/26

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER, 85TH FLOOR NEW YORK, NY 10007