UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

        Plaintiff,

        v.                                    Case No.:  3:26-cv-00199-WWB-MCR

COMMISSIONER OF INTERNAL
REVENUE, etc., *et al.*,

        Defendants,

_____/

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Jacksonville, Florida on this April 9, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record